UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONEIDA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BON CHEF, INC.,<br><br>Defendant. | Civil Action No. 5:11-CV-1430 (MAD/ATB) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between plaintiff Oneida Ltd. and defendant Bon Chef, Inc., that all claims and counterclaims which are currently pending between Oneida and Bon Chef should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC
Counsel for Plaintiff Oneida, Ltd.

**s/David L. Nocilly**

David L. Nocilly, Bar Roll Number 510759

FISH & RICHARDSON P.C.
Counsel for Defendant Bon Chef, Inc.

**s/John T. Johnson**

John T. Johnson, Bar Roll Number 507058

IT IS SO ORDERED.

Dated: 5/13/14

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: May 13, 2014
Albany, NY